## OHIO SUPREME COURT—Continued

### GENERAL DOCKET

Baxter et v. Van Houter...................... 19769
Cleveland Ry. Co. v. Sutherland............., 19522
Conn et v. Jones............................... 19329
Costine v. Kennon....:....................... 19558
Eversman v. Ray Shipman Co.................. 19554
Findlay (City) et v. Associates Invest. Co....... 19570
Indust. Com v. Madden....................... 19449
Karp v. State................................ 19633
Liska v. State............................... 19638
Moran v. Hines............................... 19074
Miller et v. Hasselden....................... 19619
Peskind v. State.,........................... 19632
Shaker Hts. Bd. Ed. v. State ex...............19479
Shockey v. Thornburg Sales Co................. 19530
State v. Sheets.............................. 19707
State ex Hesson v. Indust. Com................ 19749
Tracy v. Athens & Pomeroy Coal Co............ 19654
Vinson v. State................................\ 19677
Webb et V. West. Reserve Bond Co.............. 19529

### TUESDAY JUNE 15, 1926

**19074**—Bertha R. Moran v. Walker D. Hines, Director; certified for review by Marion Appeals. Judgment of the Court Appeals reversed and that of the common pleas affirmed. Marshall, C. J., Matthias, Day, Allen and Robinson, JJ., concur. Dock. 3-30-26; 3 Abs. 24.

**19329**—Harry L. Conn et v. John J. Jones, as Treasurer; error to the Van Wert Appeals. Judgment reversed. Marshall, C. J., Day, Allen, Kinkade and Robinson, JJ., concur. Jones, J.dissents. Mathias J., not participating. Dock. 8-15-26; 3 Abs. 530; OA. 3 Abs. 528 OS. Pend. 3 Abs. 595.

**19449**—Industrial Commission of Ohio v. Martha Madden; error to the Mahoning Appeals. Judgment affiirmed. Jones, Mathias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 11-27-25; 3 Abs. 754.

**19479**—Board of Education of Shaker Heights Village School Dist. v. State of Ohio, ex rel. Board of Education of Beachwood Village Schol Dist.; error to the Cuyahoga Appeals. Dismissed on authority of Miner v. Witt, 82 Ohio St.; 237. Marshall C. J. Jones, Mathias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-11-25; 3 Abs. 762.

**19522**—Cleveland Ry. Co. v. Hazel I. Sutherland; error to the Cuyahoga Appeals. Judgement reversed. Marshall, C. J. Jones Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-30-25; 4 Abs. 24.

**19529**—Abner G. Webb et al. v. Western Reserve Bond and Share Co.; error to the court of Trumbull Appeals. Judgment affirmed. Marshall, J. J., Jones, Matthias, Day and Kinkade, JJ., concur. Dock. 1-4-26; 4 Abs. 40; OS. Pend. 4 Abs. 58.

**19530**—John M. Shockey v. Thornburg Sales Co.; error to Wood Appeals. Judgment affirmed. Marshall, C. J. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-4-26; 4 Abs. 40; OA. 4 Abs. 108; OS. Pend. 4 Abs.60.

**19554**—George Eversman v. Ray Shipman Co.; error to the Butler Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, J. J., concur. Dock. 1-9-26; 4 Abs. 56; OA. 4 Abs. 188; OS. Pend. 4 Abs. 116.

**19558**—John E. Costin, Admr., v. Newell K. Kennon; error to the Belmont Appeals. Judgment affirmed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson. JJ., concur. Dock. 1-11-26; 4 Abs. 56; OS. Pend. 4 Abs. 75.

**19570**—City of Findlay et v. Associates Investment Co.; error to the Hancock Appeals. Judgment modified and affirmed. Marshall, C. J., Jones, Matthias, Day Allen, Kinkade and Robinson, JJ., concur. Dock. 1-16-26; 4 Abs. 56; OS. Pend. 4 Abs. 146.

**19619**—J. J. Miller et v. Alden Hasselden; error to the Richland Appeals. Judgment reversed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-8-26; 4 Abs. 112; OS. Pend. 4 Abs. 210.

**.19632**—Solomon Peskind v. State of Ohio; error to the Cuyahoga Appeals. Judgement reversed. Marshall, C. J. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 2-22-26; 4 Abs. 142.

**19633**—Benjamin Karp v. State of Ohio; error to the Cuyahoga Appeals. Judgment reversed. Marshall, C. J. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 2-22-26; 4 Abs. 142.

**19638**—Frank Liska v. State of Ohio; error to the Cuyahoga Appeals. Judgment affirmed. Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 2-24-26; 4 Abs. 160.

**19654**—James E. Tracy v. Athens & Pomeroy Coal & Land Co.; error to the Meigs Appeals. Judgment affirmed. Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock 3-2-26; 4 Abs. 160; OS. Pend. 4 Abs. 304.

**19677**—Merritt A. Vinson v. State of Ohio; error to the Cuyahoga Appeals. Judgment reversed. Marshall, C. J., Jones, Matthias, Day Allen, Kinkade and Robinson, JJ., concur. Dock. 3-10-26; 4 Abs. 192.

**19707**—State of Ohio v. Erie Sheets; error to the Gallia Appeals. Judgment affrmed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Doc. 3-23-26; 4 Abs. 208.

**19749**—State, ex rel. Clara Hesson v. Industrial Commission of Ohio. In Mandamus. Demurrer to petition overruled. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, J., concur. Dock. 5-4-26; 4 Abs. 238.

**19769**—Alexander Baxter et al. v. Mary E. Van Houter, Auditor, et al.; error to the Court of Appeals of Trumbull county.Judgment reversed. Marshall, C. J., Allen, Kinkade and Robinson, JJ., concur. Dock. 4-13-26; 4 Abs. 247.

---

## Abstracts of This Week's
# SUPREME COURT OPINIONS

---

### SYLLABI

### No. 512

No.. 19329—Harry L. Conn, et as Trustees under the Will of George H. Marsh, deceased, v. John J. Jones, as Treasurer of Van Wert County, et. Error to the Court of Appeals of Van Wert County.

### 639. INJUNCTION.

Under 12075 GC. a property owner may apply to restrain levy of taxes upon the ground that the property is exempt from taxation, without proceeding under 5616 GC. et seq; such remedy being concurrent and not exclusive.

ALLEN, J.

Under Section 12075, G. C., a property owner may apply for an injunction to restrain the